UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 13 B 46205
                                                    CHAPTER 13
TIMOTHY S S MCGLYNN
MISTY A A MCGLYNN                                   JUDGE CAROL A DOYLE

   DEBTORS                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** M&T BANK

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 13 | 23 | XXXXXX4588 | $5,645.60 | $4,449.00 | $4,449.00 |
| Total Amount Paid by Trustee | | | | | $4,449.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-46205-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of January, 2019.

Debtor:  
TIMOTHY S S MCGLYNN  
MISTY A A MCGLYNN  
1120 DEL MAR DR  
PALATINE, IL  60067

Attorney:  
JOSEPH P DOYLE  
105 S ROSELLE RD #203  
SCHAUMBURG, IL  60193  
via Clerk's ECF noticing procedures

Creditor:  
M&T BANK  
PO BOX 1288  
BUFFALO, NY  14240-1288

Creditor:  
M&T BNK  
PO BOX 840  
BUFFALO, NY  14240-0840

ELECTRONIC SERVICE - United States Trustee

Date:  January 03, 2019

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603